IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-022 |
| | * | |
| KELDRICK DEMONTA STREETMAN | * | |

O R D E R

Defendant Keldrick Demonta Streetman has filed a motion for reduction in sentence pursuant to the compassionate release provision of 18 U.S.C. § 3582(c)(1)(A). The Court does not require a response. Upon due consideration, the Court dismisses Defendant's request for relief.

The compassionate release provision provides a narrow path for a district court to grant release to a defendant if it finds that "extraordinary and compelling reasons" warrant such relief and that release is "consistent with applicable policy statements issued by the [United States] Sentencing Commission." 18 U.S.C. § 3582(c)(1)(A). Here, Defendant's motion must be dismissed for failure to exhaust administrative remedies. That is to say, a defendant may move a federal district court for compassionate release under § 3582(c)(1)(A), but only "after he has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the

warden of the defendant's facility, whichever is earlier." In this case, while Defendant claims to have exhausted his administrative remedies, he has presented no evidence of such. Thus, the Court cannot conclude that Defendant has exhausted his administrative remedies prior to seeking relief in this Court, and his motion for compassionate release (doc. 109) is **DISMISSED**.

**ORDER ENTERED** at Augusta, Georgia, this 1st day of February, 2021.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA