IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-022-02 |
| | * | |
| KELDRICK DEMONTA STREEMAN | * | |

**O R D E R**

Before the Court is the United States Government's motion to seal Exhibit A of its response to Defendant Keldrick Demonta Streetman's motion for compassionate release. Upon consideration, the motion to seal (doc. 119) is **GRANTED**. The aforementioned exhibit shall remain sealed until further Order of the Court.

**ORDER ENTERED** at Augusta, Georgia, this 5th day of April, 2021.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA